IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:22-cr-26-KS-MTP

ASHTON DANTZLER

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of the defendant to continue this matter, and second motion to compel discovery [25], and the Government stating that it has no objection to the relief requested, and the Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Counsel advises the Court that the previously asserted issues regarding outstanding discovery have been resolved, and the Court dismisses the 2nd Request for Discovery portion of this Motion.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that counsel needs time to investigate the charges, conduct legal research and meet with the Defendant in order to review the discovery and discuss options with her client and to continue to work with the Government to seek potential resolution of this case. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar, finds that this motion should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until the Court's next trial term beginning February 13, 2023, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161. The Magistrate Judge will enter an Amended Trial Order herein.

SO ORDERED this the __25th____ day of October, 2022.

    __s/Keith Starrett_____
    UNITED STATES DISTRICT JUDGE